IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

---

In re: : Chapter 11

AROUND THE CLOCK OIL, LLC,[1] : Case No. 24-70513

    Debtor. :

---

**REPORT OF DOCUMENTS IN COMPLIANCE WITH
11 U.S.C. §§ 1187(a), 1116(1)(A), AND 1116(1)(B)**

    Around The Clock Oil, LLC, the debtor and debtor in possession, (the "Debtor") by its proposed counsel, does hereby provide the documents required by 11 U.S.C. §§ 1187(a), 1116(1)(A), AND 1116(1)(B).

Dated: August 2, 2024          Respectfully submitted,

                                         AROUND THE CLOCK OIL, LLC
                                         By Counsel

By: /s/David Cox
David Cox. VSB 38670
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
434/845-3838 (direct)
434/845-3838 (facsimile)
*Proposed Counsel for the Debtor/Movant*

---

[1] The Debtor in this Chapter 11 Case and the last four digits of its taxpayer identification number are as follows: Around The Clock Oil, LLC, (9825). The Debtor's headquarters are located at 1818 Centre Ave., NW, Roanoke, VA 24017.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

---

In re:

AROUND THE CLOCK OIL, LLC,[1]

    Debtor.

---

Chapter 11

Case No. 24-70513

**DECLARATION IN SUPPORT OF DEBTOR'S COMPLIANCE
WITH 11 U.S.C. §§ 1187(a), 1116(1)(A), AND 1116(1)(B)**

I, Shmura Smith Glenn, hereby submit this Declaration (the "Declaration") and declare under penalty of perjury that the following information is true and correct to the best of my knowledge, information, and belief:

1. I am the sole member of AROUND THE CLOCK OIL, LLC (the "Debtor").

2. I am duly authorized to make this Declaration on behalf of the Debtor.

3. The Debtor has not historically prepared in the regular course of its business a balance sheet, statement of operations, or cash-flow statement.

4. The Debtor's last filed tax return is attached.

Dated: August 2, 2024

Respectfully submitted,

/s/ Shmura S. Glenn
Shmura S. Glenn

---

[1] The Debtor in this Chapter 11 Case and the last four digits of its taxpayer identification number are as follows: Around The Clock Oil, LLC, (9825). The Debtor's headquarters are located at 1818 Centre Ave., NW, Roanoke, VA 24017.

| Form **1120-S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. Go to *www.irs.gov/Form1120S* for instructions and the latest information. | **2023** |

For calendar year 2023 or tax year beginning _____, 2023, ending _____, 20___

| | | |
|---|---|---|
| **A** S election effective date 05/27/2022 | **Name** AROUND THE CLOCK OIL LLC | **D** Employer identification number 88-2529825 |
| **B** Business activity code number (see instructions) 454311 | TYPE OR PRINT — Number, street, and room or suite no. If a P.O. box, see instructions. 1818 CENTRE AVE NW | **E** Date incorporated 05/27/2022 |
| **C** Check if Sch. M-3 attached ☐ | City or town, state or province, country, and ZIP or foreign postal code ROANOKE, VA 24017 | **F** Total assets (see instructions) $ |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No
**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination
**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . 1
**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes  **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22. See the instructions for more information.

### Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales  33876  **b** Less returns and allowances _____ **c** Balance | 1c | 33876 |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 16455 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 17421 |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (see instructions—attach statement) | 5 | |
| 6 | **Total income (loss).** Add lines 3 through 5 | 6 | 17421 |

### Deductions (see instructions for limitations)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers (see instructions—attach Form 1125-E) | 7 | 1200 |
| 8 | Salaries and wages (less employment credits) | 8 | |
| 9 | Repairs and maintenance | 9 | |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | |
| 12 | Taxes and licenses | 12 | |
| 13 | Interest (see instructions) | 13 | |
| 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | |
| 15 | Depletion **(Do not deduct oil and gas depletion.)** | 15 | |
| 16 | Advertising | 16 | |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | |
| 19 | Energy efficient commercial buildings deduction (attach Form 7205) | 19 | |
| 20 | Other deductions (attach statement) | 20 | 17590 |
| 21 | **Total deductions.** Add lines 7 through 20 | 21 | 18790 |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 6 | 22 | -1369 |

### Tax and Payments

| | | | | |
|---|---|---|---|---|
| 23a | Excess net passive income or LIFO recapture tax (see instructions) | 23a | | |
| b | Tax from Schedule D (Form 1120-S) | 23b | | |
| c | Add lines 23a and 23b (see instructions for additional taxes) | | 23c | |
| 24a | Current year's estimated tax payments and preceding year's overpayment credited to the current year | 24a | | |
| b | Tax deposited with Form 7004 | 24b | | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 24c | | |
| d | Elective payment election amount from Form 3800 | 24d | | |
| z | Add lines 24a through 24d | | 24z | |
| 25 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | | 25 | |
| 26 | **Amount owed.** If line 24z is smaller than the total of lines 23c and 25, enter amount owed | | 26 | |
| 27 | **Overpayment.** If line 24z is larger than the total of lines 23c and 25, enter amount overpaid | | 27 | |
| 28 | Enter amount from line 27:  **Credited to 2024 estimated tax** _____  **Refunded** | | 28 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer | Date | Title: OWNER | May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No |
|---|---|---|---|

**Paid Preparer Use Only**

| Print/Type preparer's name: TONYA L HOLLOWAY | Preparer's signature | Date: 07/12/2024 | Check ☐ if self-employed | PTIN P00295130 |
|---|---|---|---|---|
| Firm's name: SPEEDY TAX SERVICE | | | Firm's EIN | 11-3738977 |
| Firm's address: 1347 GEORGIA AVENUE MACON GA 31201 | | | Phone no. | 478-254-9866 |

For Paperwork Reduction Act Notice, see separate instructions.  
QNA  
Form **1120-S** (2023)

AROUND THE CLOCK OIL LLC                                                                                88-2529825

Form 1120-S (2023)                                                                                          Page **2**

| **Schedule B** | **Other Information** (see instructions) | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:  **a** ☒ Cash  **b** ☐ Accrual  **c** ☐ Other (specify) _____ | | |
| 2 | See the instructions and enter the: **a** Business activity  FUEL DEALERS INCLU  **b** Product or service _____ | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | X |
| 4 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i) Total shares of restricted stock _____ | | |
| | (ii) Total shares of non-restricted stock _____ | | |
| b | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i) Total shares of stock outstanding at the end of the tax year _____ | | |
| | (ii) Total shares of stock outstanding if all instruments were executed _____ | | |
| 6 | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ☐ | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 8 | If the corporation (**a**) was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and** (**b**) has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions    $ _____ | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 10 | Does the corporation satisfy one or more of the following? See instructions | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j). | | |
| 11 | Does the corporation satisfy **both** of the following conditions? | X | |
| a | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| b | The corporation's total assets at the end of the tax year were less than $250,000. | | |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

QNA                                                                                           Form **1120-S** (2023)

| Schedule B | Other Information (see instructions) *(continued)* | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
|  | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . . . $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . | | X |
| 14a | Did the corporation make any payments in 2023 that would require it to file Form(s) 1099? . . . . . . . . . | | X |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . | | X |
|  | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . . . . . . $ | | |
| 16 | At any time during the tax year, did the corporation: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions . | | X |

| Schedule K | | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) . . . . . . . . . . . . . . . . | 1 | -1369 |
|  | 2 | Net rental real estate income (loss) (attach Form 8825) . . . . . . . . . . . . | 2 | |
|  | 3a | Other gross rental income (loss) . . . . . . . . . . . 3a | | |
|  | b | Expenses from other rental activities (attach statement) . . . . 3b | | |
|  | c | Other net rental income (loss). Subtract line 3b from line 3a . . . . . . . . . . | 3c | |
|  | 4 | Interest income . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
|  | 5 | Dividends: **a** Ordinary dividends . . . . . . . . . . . . . . . . . . . . . | 5a | |
|  |  | **b** Qualified dividends . . . . . . . . . . . . . 5b | | |
|  | 6 | Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
|  | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . . . | 7 | |
|  | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . . . . | 8a | |
|  | b | Collectibles (28%) gain (loss) . . . . . . . . . . . . 8b | | |
|  | c | Unrecaptured section 1250 gain (attach statement) . . . . . . 8c | | |
|  | 9 | Net section 1231 gain (loss) (attach Form 4797) . . . . . . . . . . . . . . | 9 | |
|  | 10 | Other income (loss) (see instructions) . . . Type: | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) . . . . . . . . . . . . . . . . | 11 | |
|  | 12a | Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . | 12a | |
|  | b | Investment interest expense . . . . . . . . . . . . . . . . . . . . . | 12b | |
|  | c | Section 59(e)(2) expenditures . . . . . . Type: | 12c | |
|  | d | Other deductions (see instructions) . . . . Type: | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) . . . . . . . . . . . . . . . | 13a | |
|  | b | Low-income housing credit (other) . . . . . . . . . . . . . . . . . . . | 13b | |
|  | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) . . | 13c | |
|  | d | Other rental real estate credits (see instructions)  Type: | 13d | |
|  | e | Other rental credits (see instructions) . . . Type: | 13e | |
|  | f | Biofuel producer credit (attach Form 6478) . . . . . . . . . . . . . . . | 13f | |
|  | g | Other credits (see instructions) . . . . . Type: | 13g | |
| **International** | 14 | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance . . . . ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment . . . . . . . . . . . . . . . . . . | 15a | |
|  | b | Adjusted gain or loss . . . . . . . . . . . . . . . . . . . . . . . | 15b | |
|  | c | Depletion (other than oil and gas) . . . . . . . . . . . . . . . . . . . | 15c | |
|  | d | Oil, gas, and geothermal properties—gross income . . . . . . . . . . . . | 15d | |
|  | e | Oil, gas, and geothermal properties—deductions . . . . . . . . . . . . . | 15e | |
|  | f | Other AMT items (attach statement) . . . . . . . . . . . . . . . . . | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income . . . . . . . . . . . . . . . . . . . . . | 16a | |
|  | b | Other tax-exempt income . . . . . . . . . . . . . . . . . . . . . . | 16b | |
|  | c | Nondeductible expenses . . . . . . . . . . . . . . . . . . . . . . | 16c | |
|  | d | Distributions (attach statement if required) (see instructions) . . . . . . . . . | 16d | |
|  | e | Repayment of loans from shareholders . . . . . . . . . . . . . . . . . | 16e | |
|  | f | Foreign taxes paid or accrued . . . . . . . . . . . . . . . . . . . . | 16f | |

QNA                                                                                  Form **1120-S** (2023)

| Schedule K | Shareholders' Pro Rata Share Items *(continued)* | | Total amount |
|---|---|---|---|
| **Other Information** | **17a** Investment income | 17a | |
| | **b** Investment expenses | 17b | |
| | **c** Dividend distributions paid from accumulated earnings and profits | 17c | |
| | **d** Other items and amounts (attach statement) | | |
| **Reconciliation** | **18** **Income (loss) reconciliation.** Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | 18 | -1369 |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | **(a)** | **(b)** | **(c)** | **(d)** |
| **1** | Cash | | | | |
| **2a** | Trade notes and accounts receivable | | | | |
| **b** | Less allowance for bad debts | ( ) | | ( ) | |
| **3** | Inventories | | | | |
| **4** | U.S. government obligations | | | | |
| **5** | Tax-exempt securities (see instructions) | | | | |
| **6** | Other current assets (attach statement) | | | | |
| **7** | Loans to shareholders | | | | |
| **8** | Mortgage and real estate loans | | | | |
| **9** | Other investments (attach statement) | | | | |
| **10a** | Buildings and other depreciable assets | | | | |
| **b** | Less accumulated depreciation | ( ) | | ( ) | |
| **11a** | Depletable assets | | | | |
| **b** | Less accumulated depletion | ( ) | | ( ) | |
| **12** | Land (net of any amortization) | | | | |
| **13a** | Intangible assets (amortizable only) | | | | |
| **b** | Less accumulated amortization | ( ) | | ( ) | |
| **14** | Other assets (attach statement) | | | | |
| **15** | Total assets | | | | |
| | **Liabilities and Shareholders' Equity** | | | | |
| **16** | Accounts payable | | | | |
| **17** | Mortgages, notes, bonds payable in less than 1 year | | | | |
| **18** | Other current liabilities (attach statement) | | | | |
| **19** | Loans from shareholders | | | | |
| **20** | Mortgages, notes, bonds payable in 1 year or more | | | | |
| **21** | Other liabilities (attach statement) | | | | |
| **22** | Capital stock | | | | |
| **23** | Additional paid-in capital | | | | |
| **24** | Retained earnings | | | | |
| **25** | Adjustments to shareholders' equity (attach statement) | | | | |
| **26** | Less cost of treasury stock | | ( ) | | ( ) |
| **27** | Total liabilities and shareholders' equity | | | | |

Form **1120-S** (2023)

QNA

AROUND THE CLOCK OIL LLC                              88-2529825

Form 1120-S (2023)                                                                                                Page **5**

| **Schedule M-1** | **Reconciliation of Income (Loss) per Books With Income (Loss) per Return** |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . | | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): _____ _____ | | a | Tax-exempt interest $ _____ _____ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12, and 16f, not charged against book income this year (itemize): | |
| a | Depreciation $ _____ _____ | | a | Depreciation $ _____ _____ | |
| b | Travel and entertainment $ _____ _____ | | 7 | Add lines 5 and 6 . . . . . . . | |
| | | | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 . . . . | |
| 4 | Add lines 1 through 3 . . . . . . | | | | |

| **Schedule M-2** | **Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account** (see instructions) |
|---|---|

| | | **(a)** Accumulated adjustments account | **(b)** Shareholders' undistributed taxable income previously taxed | **(c)** Accumulated earnings and profits | **(d)** Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year . . . . . . | | | | |
| 2 | Ordinary income from page 1, line 22 . . . . | | | | |
| 3 | Other additions . . . . . . . . . . . | | | | |
| 4 | Loss from page 1, line 22 . . . . . . . . | ( ) | | | |
| 5 | Other reductions . . . . . . . . . . | ( ) | | | ( ) |
| 6 | Combine lines 1 through 5 . . . . . . . . | | | | |
| 7 | Distributions . . . . . . . . . . . | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 . . . . . . . . . . . . . . | | | | |

QNA                                                                                              Form **1120-S** (2023)

| Form **1125-A** (Rev. November 2018) Department of the Treasury Internal Revenue Service | **Cost of Goods Sold** ▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065. ▶ Go to *www.irs.gov/Form1125A* for the latest information. | OMB No. 1545-0123 |

| Name | Employer identification number |
|---|---|
| AROUND THE CLOCK OIL LLC | 88-2529825 |

| | | |
|---|---|---|
| 1 | Inventory at beginning of year | **1** |
| 2 | Purchases | **2** 16455 |
| 3 | Cost of labor | **3** |
| 4 | Additional section 263A costs (attach schedule) | **4** |
| 5 | Other costs (attach schedule) | **5** |
| 6 | **Total.** Add lines 1 through 5 | **6** 16455 |
| 7 | Inventory at end of year | **7** |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** 16455 |

9a Check all methods used for valuing closing inventory:
   *(i)* ☐ Cost
   *(ii)* ☐ Lower of cost or market
   *(iii)* ☐ Other (Specify method used and attach explanation.) ▶ _____

b Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . ▶ ☐

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . ▶ ☐

d If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . **9d** 0

e If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . ☐ Yes ☒ No

f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

**For Paperwork Reduction Act Notice, see instructions.**      Form **1125-A** (Rev. 11-2018)
QNA

```
                       Around The Clock Oil LLC
                            1818 Centre Ave Nw
                           Roanoke, VA 24017
```

Shmura Glenn
1816 Staunton Ave Nw
Roanoke, VA 24017


Dear Shmura Glenn,

Enclosed is your 2023 Schedule K-1 (Form 1120-S) Shareholder's Share of Income, Credits, Deductions, Etc.  This information reflects the amounts you need to complete your income tax return. The amounts shown are your distributive share of S Corporation tax items, including income/loss, credit and deductions, and any other information to be reported on your tax return.  This information may not correspond to actual distributions you may have received during the year.  This information is included in the S-Corporation's 2023 Federal Return that was filed with the Internal Revenue Service. This schedule should be retained with your tax records and other documentation.

If you have any questions concerning this information please do not hesitate to contact us.

Sincerely,

Around The Clock Oil LLC

671121

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

# Schedule K-1 (Form 1120-S)
Department of the Treasury
Internal Revenue Service

**2023**

For calendar year 2023, or tax year

beginning  /  / 2023    ending  /  /

## Shareholder's Share of Income, Deductions, Credits, etc.
See separate instructions.

### Part III  Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -1369 |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | |
| 11 | Section 179 deduction | |
| 12 | Other deductions | |
| 13 | Credits | |
| 14 | Schedule K-3 is attached if checked ☐ | |
| 15 | Alternative minimum tax (AMT) items | |
| 16 | Items affecting shareholder basis | |
| 17 | Other information | |
| 18 | ☐ More than one activity for at-risk purposes* | |
| 19 | ☐ More than one activity for passive activity purposes* | |

### Part I  Information About the Corporation

**A** Corporation's employer identification number
88-2529825

**B** Corporation's name, address, city, state, and ZIP code
AROUND THE CLOCK OIL LLC
1818 CENTRE AVE NW
ROANOKE, VA 24017

**C** IRS Center where corporation filed return
e-file

**D** Corporation's total number of shares
Beginning of tax year . . . . .
End of tax year . . . . . . .

### Part II  Information About the Shareholder

**E** Shareholder's identifying number
▮▮▮▮▮-0534

**F** Shareholder's name, address, city, state, and ZIP code
SHMURA GLENN
1816 STAUNTON AVE NW
ROANOKE, VA 24017

**G** Current year allocation percentage . . . 100.0000 %

**H** Shareholder's number of shares
Beginning of tax year . . . . .
End of tax year . . . . . . .

**I** Loans from shareholder
Beginning of tax year . . . . . $
End of tax year . . . . . . . $

For IRS Use Only

* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.    www.irs.gov/Form1120S    Schedule K-1 (Form 1120-S) 2023
QNA

Form **7203**
(Rev. December 2022)
Department of the Treasury
Internal Revenue Service

## S Corporation Shareholder Stock and Debt Basis Limitations

**Attach to your tax return.**
Go to *www.irs.gov/Form7203* for instructions and the latest information.

OMB No. 1545-2302

Attachment Sequence No. **203**

**Name of shareholder**
SHMURA GLENN

**Identifying number**
▓▓▓-▓▓-0534

**A** Name of S corporation
AROUND THE CLOCK OIL LLC

**B** Employer identification number
88-2529825

**C** Stock block (see instructions): _____

**D** Check applicable box(es) to indicate how stock was acquired:
  **(1)** ☐ Original shareholder  **(2)** ☐ Purchased  **(3)** ☐ Inherited  **(4)** ☐ Gift  **(5)** ☐ Other: _____

**E** Check if you have a Regulations section 1.1367-1(g) election in effect during the tax year for this S corporation . . . . . ☐

### Part I — Shareholder Stock Basis

| | | |
|---|---|---|
| 1 | Stock basis at the beginning of the corporation's tax year . . . . . . . . . . . . . | 1 |
| 2 | Basis from any capital contributions made or additional stock acquired during the tax year . . . . | 2 |
| 3a | Ordinary business income (enter losses in Part III) . . . . . . . . . 3a | |
| b | Net rental real estate income (enter losses in Part III) . . . . . . . 3b | |
| c | Other net rental income (enter losses in Part III) . . . . . . . . . 3c | |
| d | Interest income . . . . . . . . . . . . . . . . . . . . 3d | |
| e | Ordinary dividends . . . . . . . . . . . . . . . . . . . 3e | |
| f | Royalties . . . . . . . . . . . . . . . . . . . . . . 3f | |
| g | Net capital gains (enter losses in Part III) . . . . . . . . . . . 3g | |
| h | Net section 1231 gain (enter losses in Part III) . . . . . . . . . 3h | |
| i | Other income (enter losses in Part III) . . . . . . . . . . . . 3i | |
| j | Excess depletion adjustment . . . . . . . . . . . . . . . 3j | |
| k | Tax-exempt income . . . . . . . . . . . . . . . . . . 3k | |
| l | Recapture of business credits . . . . . . . . . . . . . . . 3l | |
| m | Other items that increase stock basis . . . . . . . . . . . . 3m | |
| 4 | Add lines 3a through 3m . . . . . . . . . . . . . . . . . . . . . . . . | 4 |
| 5 | Stock basis before distributions. Add lines 1, 2, and 4 . . . . . . . . . . . . . . | 5 | 0 |
| 6 | Distributions (excluding dividend distributions) . . . . . . . . . . . . . . . . | 6 |
| | **Note:** If line 6 is larger than line 5, subtract line 5 from line 6 and report the result as a capital gain on Form 8949 and Schedule D. See instructions. | |
| 7 | Stock basis after distributions. Subtract line 6 from line 5. If the result is zero or less, enter -0-, skip lines 8 through 14, and enter -0- on line 15 . . . . . . . . . . . . . . . . . . . | 7 |
| 8a | Nondeductible expenses . . . . . . . . . . . . . . . . 8a | |
| b | Depletion for oil and gas . . . . . . . . . . . . . . . . 8b | |
| c | Business credits (sections 50(c)(1) and (5)) . . . . . . . . . . 8c | |
| 9 | Add lines 8a through 8c . . . . . . . . . . . . . . . . . . . . . . . . | 9 |
| 10 | Stock basis before loss and deduction items. Subtract line 9 from line 7. If the result is zero or less, enter -0-, skip lines 11 through 14, and enter -0- on line 15 . . . . . . . . . . . . . | 10 |
| 11 | Allowable loss and deduction items. Enter the amount from line 47, column (c) . . . . . . | 11 |
| 12 | Debt basis restoration (see net increase in instructions for line 23) . . . . . . . . . . | 12 |
| 13 | Other items that decrease stock basis . . . . . . . . . . . . . . . . . . . | 13 |
| 14 | Add lines 11, 12, and 13 . . . . . . . . . . . . . . . . . . . . . . . . | 14 |
| 15 | **Stock basis at the end of the corporation's tax year.** Subtract line 14 from line 10. If the result is zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . | 15 | 0 |

### Part II — Shareholder Debt Basis

**Section A—Amount of Debt** (If more than three debts, see instructions.)

| Description | (a) Debt 1 ☐ Formal note ☐ Open account | (b) Debt 2 ☐ Formal note ☐ Open account | (c) Debt 3 ☐ Formal note ☐ Open account | (d) Total |
|---|---|---|---|---|
| 16 Loan balance at the beginning of the corporation's tax year . . . . . . . . . | | | | |
| 17 Additional loans (see instructions) . . . . . . | | | | |
| 18 Loan balance before repayment. Add lines 16 and 17 | | | | |
| 19 Principal portion of debt repayment (this line doesn't include interest) . . . . . . . . . . . | | | | |
| 20 Loan balance at the end of the corporation's tax year. Subtract line 19 from line 18 . . . . . . . | | | | |

**For Paperwork Reduction Act Notice, see separate instructions.**
QNA

Form **7203** (Rev. 12-2022)

Form 7203 (Rev. 12-2022) Page **2**

| Part II | Shareholder Debt Basis *(continued)* |
|---|---|

### Section B—Adjustments to Debt Basis

| | Description | (a) Debt 1 | (b) Debt 2 | (c) Debt 3 | (d) Total |
|---|---|---|---|---|---|
| 21 | Debt basis at the beginning of the corporation's tax year | | | | |
| 22 | Enter the amount, if any, from line 17 | | | | |
| 23 | Debt basis restoration (see instructions) | | | | |
| 24 | Debt basis before repayment. Add lines 21, 22, and 23 | | | | |
| 25 | Divide line 24 by line 18 | | | | |
| 26 | Nontaxable debt repayment. Multiply line 25 by line 19 | | | | |
| 27 | Debt basis before nondeductible expenses and losses. Subtract line 26 from line 24 | | | | |
| 28 | Nondeductible expenses and oil and gas depletion deductions in excess of stock basis | | | | |
| 29 | Debt basis before losses and deductions. Subtract line 28 from line 27. If the result is zero or less, enter -0- | | | | 0 |
| 30 | Allowable losses in excess of stock basis. Enter the amount from line 47, column (d) | | | | |
| 31 | **Debt basis at the end of the corporation's tax year.** Subtract line 30 from line 29. If the result is zero or less, enter -0- | | | | 0 |

### Section C—Gain on Loan Repayment

| | | | | | |
|---|---|---|---|---|---|
| 32 | Repayment. Enter the amount from line 19 | | | | |
| 33 | Nontaxable repayments. Enter the amount from line 26 | | | | |
| 34 | **Reportable gain.** Subtract line 33 from line 32 | | | | |

| Part III | Shareholder Allowable Loss and Deduction Items |
|---|---|

| | Description | (a) Current year losses and deductions | (b) Carryover amounts (column (e)) from the previous year | (c) Allowable loss from stock basis | (d) Allowable loss from debt basis | (e) Carryover amounts |
|---|---|---|---|---|---|---|
| 35 | Ordinary business loss | 1369 | | | | 1369 |
| 36 | Net rental real estate loss | | | | | |
| 37 | Other net rental loss | | | | | |
| 38 | Net capital loss | | | | | |
| 39 | Net section 1231 loss | | | | | |
| 40 | Other loss | | | | | |
| 41 | Section 179 deductions | | | | | |
| 42 | Charitable contributions | | | | | |
| 43 | Investment interest expense | | | | | |
| 44 | Section 59(e)(2) expenditures | | | | | |
| 45 | Other deductions | | | | | |
| 46 | Foreign taxes paid or accrued | | | | | |
| 47 | **Total loss.** Add lines 35 through 46 for each column. Enter the total loss in column (c) on line 11 and enter the total loss in column (d) on line 30 | 1369 | | | | 1369 |

QNA                                                                                 Form **7203** (Rev. 12-2022)

```
                1120S SUPPORTING STATEMENTS FOR 88-2529825

AROUND THE CLOCK OIL LLC
88-2529825
1818 CENTRE AVE NW
ROANOKE, VA 24017


**** Schedule of Other Deductions:

Description                         Amount
OFFICE SUPPLIES                         870
LOAN REPAYMENT                        15136
UTILITIES                              1584
                                 -----------
                                      17590
```